FRANCIS S. HUTCHINS, Respondent, v. JOHN H. PARKS, Appellant.— Order reversed, without costs, upon the ground that an order of reference as a condition of continuing the case should not have been made. The reference was not ordered because there was a referable issue. If the plaintiff would have a reference on such grounds, he should move for it and show that he is entitled to it. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

JOSEPH F. IVES, Appellant, v. MERRILL HOSIERY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Examination of HOLMES JONES, Respondent, in Supplementary Proceedings, etc., wherein JOHN H. REDMOND Is the Assignee of the Judgment Creditor, etc. BENJAMIN M. FREEMAN, Appellant.— Order reversed, with ten dollars costs and disbursements against the respondent Jones, and the motion to set aside the service of the subpœna granted, with ten dollars costs against the said respondent, upon the ground that under section 852 of the Code of Civil Procedure exhibition of the original subpœna was essential to constitute valid service. (See, also, *Matter of Depue*, 185 N. Y. 60, and *Matter of Foster*, 139 App. Div. 769.) Carr, Stapleton, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.